IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. GARY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-3686 |
| | : | |
| N.J. DIVISION OF CONSUMER AFFAIRS, et al. | : : | |

**ORDER**

AND NOW, this 22nd day of September, 2011, it is ORDERED Defendant Roger Hines's Motion to Dismiss Plaintiff Robert L. Gary's Amended Complaint (Document 11) is GRANTED. Gary's Amended Complaint is DISMISSED without prejudice as to Hines.

It is further ORDERED Gary shall have until October 20, 2011, to file a second amended complaint against Hines. If Gary does not file a second amended complaint by October 20, 2011, his Amended Complaint will be dismissed with prejudice as to Hines.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez,  J.