IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. GARY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-3686 |
| | : | |
| STATE OF NEW JERSEY DEPARTMENT OF CONSUMER AFFAIRS OFFICE OF CONSUMER PROTECTION, et al. | : : : | |

**ORDER**

AND NOW, this 26th day of March, 2012, it is ORDERED Defendants Federal Trade Commission and its employees, former U.S. Attorney for the District of New Jersey Christopher J. Christie, and Assistant U.S. Attorney J. Andrew Ruymann's (Federal Defendants) Motion to Dismiss (Document 39) is GRANTED. Plaintiff Robert L. Gary's Amended Complaint is DISMISSED with prejudice as against the Federal Defendants.

It is further ORDERED:

- Defendant Roger Hines's Motion for Leave to Amend Motion to Dismiss Plaintiff's Amended Complaint to Include Dismissal Pursuant to F.R.C.P. 12(b)(2) (Document 41) is DENIED as moot;

- Gary's Motion for an Enlargement of Time to Respond to the Federal Defendants' Motion to Dismiss (Document 42) is GRANTED;

- Federal Defendants' Motion to Strike (Document 54) is GRANTED. All references to the Federal Defendants in the Second Amended Complaint are STRICKEN.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.