IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. GARY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-3686 |
| | : | |
| STATE OF NEW JERSEY DEPARTMENT OF CONSUMER AFFAIRS OFFICE OF CONSUMER PROTECTION, et al. | : : : | |

## ORDER

AND NOW, this 27th day of August, 2012, it is ORDERED Defendant Roger Hines's Motion to Dismiss Plaintiff's Second Amended Complaint (Document 53) is GRANTED. Plaintiff Robert L. Gary's Second Amended Complaint is DISMISSED with prejudice.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.